UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY J. CRAGO, | No. 2:19-cv-02509 MCE AC PS |
| Plaintiff, | |
| v. | ORDER |
| LYNN, et al., | |
| Defendants. | |

Plaintiff is proceeding in this case in pro per. The proceeding has accordingly been referred to the magistrate judge by E.D. Cal. R. ("Local Rule") 302(c)(21).

Plaintiff has requested an extension of time to file an opposition to defendants' motion to dismiss (ECF No. 13), up to and including May 28, 2020. ECF No. 16. Plaintiff indicates her opposition is "taking longer than expected." Id. Plaintiff does not provide clear good cause for the extension of time, which would ordinarily result in a denial. However, because the requested extension is a brief one, and because the court finds no prejudice to defendants would result from such a brief delay, the undersigned finds that it is in the interest of justice to allow plaintiff the additional time to file her opposition. Plaintiff is cautioned that future requests for extensions of time must provide good cause.

IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 16) is GRANTED and she shall file her opposition no later than May 29, 2020;

2. If plaintiff fails to timely file an opposition the court will construe the lack of response as a statement of non-opposition.

IT IS SO ORDERED.

DATED: May 20, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE